IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICKAL KAMUVAKA, et al. | : | No. 09-294-ALL |

ORDER

AND NOW, this 7th of June, 2010, upon consideration of the Government's memoranda filed in response to this Court's Orders of March 4, 2010 and May 3, 2010, and the memoranda submitted by defendants Kamuvaka, Manamela, Murray and Coulibaly (the "Trial Defendants") to those same Orders, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

1. The Trial Defendants' objections to treating the City of Philadelphia as a "victim" under 18 U.S.C. §§ 3663A and 3664(g)(2) are OVERRULED; and

2. The Trial Defendants' objections to this Court's finding of "loss", and consequent imposition of restitution, are OVERRULED.

BY THE COURT:

__\s\Stewart Dalzell